# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BESSIE B. OTIS,** *et al.*                                                                          **PLAINTIFFS**

**V.**                                             **CIVIL ACTION NO. 3:19-CV-779-CWR-LRA**

**MISSISSIPPI SAND SOLUTIONS, LLC,**
**CHICAGO TITLE INSURANCE COMPANY,**
**KENNETH RECTOR, AND JOHN DOES**
**1-10**                                                                                              **DEFENDANTS**

## AGREED ORDER GRANTING EXTENSION OF TIME

This cause is before the Court on the *ore tenus* motion of Plaintiffs, Bessie Otis et al., for additional time in which to respond to Defendant Mississippi Sand Solutions LLC's Motion to Dismiss. The Court noting that the Defendant Mississippi Sand Solutions, LLC's has no objection and otherwise being fully advised in the premises, finds that time for the Plaintiffs to respond to the Motion to Dismiss is extended until December 15, 2019

**SO ORDERED**, this the 13th day of November, 2019.

                                                                 s/ Carlton W. Reeves
                                                                 UNITED STATES DISTRICT JUDGE