# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BESSIE B. OTIS**, *et al.*                                                                            **PLAINTIFFS**

**V.**                                            **CAUSE NO. 3:19-CV-779-CWR-LRA**

**MISSISSIPPI SAND SOLUTIONS, LLC**, *et al.*                                    **DEFENDANTS**

## ORDER

This cause is before the Court on its own motion.

Because Defendant Mississippi Sand Solutions, LLC is a limited liability company, and because parties cannot stipulate to subject matter jurisdiction, the record must contain a supplemental pleading detailing Mississippi Sand Solutions, LLC's membership and the citizenship of each member. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008).

The defendant's supplemental pleading is due on December 2, 2019.

**SO ORDERED**, this the 22nd day of November, 2019.

                                                     s/ Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE